1  Stephen M. Kirkland, Esq. (SBN 218168)
   PETERS & FREEDMAN, L.L.P.
2  191 Calle Magdalena, Suite 220
   Encinitas, California 92024
3  Telephone No. (760) 436-3441
   Facsimile No. (760) 436-3442
4

5  Attorneys for 350 WEST ASH ASSOCIATION

6

7

8              UNITED STATES BANKRUPTCY COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11  In re: AUSSIE HOMES CORPORATION,  )   **CASE NO. 11-01375-LT11**
                                      )
12              Debtor.               )   **REQUEST FOR SPECIAL NOTICE**
                                      )   **AND INCLUSION IN MAILING LIST**
13                                    )
                                      )
14                                    )
                                      )   [No Hearing Required]
15  _____ )

16      TO: THE CLERK OF THE BANKRUPTCY COURT AND PARTIES IN INTEREST:

17  PLEASE TAKE NOTICE that creditor 350 WEST ASH ASSOCIATION hereby requests special

18  notice of all matters that must be noticed to creditors, the creditors' committee, or other parties in

19  interest, to be addressed to the following:

20              Stephen M. Kirkland, Esq. (SBN 218168)
                Mickey Jew, Esq.  (SBN 219710) –
21              PETERS & FREEDMAN, L.L.P.
                191 Calle Magdalena, Suite 220
22              Encinitas, California 92024
                Telephone No. (760) 436-3441
23              Facsimile No. (760) 436-3442

24  Dated: March 14, 2011                    PETERS & FREEDMAN, L.L.P.

25

26                                  By:  _____
                                         Stephen M. Kirkland
27                                       Attorneys for Plaintiff 350 WEST ASH
                                         ASSOCIATION

28  G:\25\2552\MJ\Pld\Request for Info from BK.wpd

                                    1
**REQUEST FOR SPECIAL NOTICE AND INCLUSION IN MAILING**